UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:
AUGUSTO J. MONTOYA                    Case No.: 15-31245-BKC-AJC
NELLIE S. MONTOYA,                    Chapter 13

    Debtor(s).
_____/

**TRUSTEE'S MOTION TO MODIFY PLAN OR IN THE ALTERNATIVE, DISMISS CASE AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING**

**COMES NOW**, Nancy K. Neidich, Esq., Standing Chapter 13 Trustee, by and through undersigned counsel, and files the instant Motion to Modify or in the alternative, Dismiss and states as follows:

1. The Debtors' Confirmed Chapter 13 plan [ECF No. 43] requires the Debtor(s) to provide the Trustee with their federal tax returns on or before May 15 for each year the case is pending.

2. 11 U.S.C. § 521(f) enables the Trustee to request the Debtors' federal tax returns.

3. The Trustee received the Debtors' 2017-2019 federal tax returns on January 6, 2021 which showed a substantial increase in the Debtors' wage income.

4. The Debtors' wage income has increased as follows:

| Tax Year | 2017 | 2018 | 2019 |
|---|---|---|---|
| Debtors' disclosed income [ECF No. 9] | $77,263.44 | $77,263.44 | $77,263.44 |
| Income on taxes | $96,195.00 | $122,086.00 | $133,509.00 |
| Increase in income of | $18,931.56 | $44,822.56 | $56,245.56 |

5. As the Debtors' income has increased, the Trustee requests the Debtors file amended schedules to determine their disposable income and modify their plan accordingly or in the alternative, the Trustee seeks dismissal of the instant case.

**WHEREFORE**, the Trustee requests this Honorable Court require the Debtors' to file amended Schedules in order to determine their disposable income along with a modified plan or in the alternative, dismiss the Debtors' case and for any other such relief as may be deemed necessary by the Court.

Respectfully submitted:
NANCY K. NEIDICH, ESQ
CHAPTER 13 TRUSTEE

By:  KENIA MOLINA
FLORIDA BAR NO.: 0085156
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

Dated: JANUARY 11, 2021

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing and the notice of hearing generated by ECF were served on Counsel for the Debtor(s) on JANUARY 11, 2021 and

By U.S. first class mail:

Augusto Montoya
Nellie S. Montoya
10353 SW 164th Place
Miami, FL 33196

By: KENIA MOLINA, ESQ.

2