

**ORDERED in the Southern District of Florida on May 11, 2021.**

**A. Jay Cristol, Judge
United States Bankruptcy Court**

___

```
         UNITED STATES BANKRUPTCY COURT
          SOUTHERN DISTRICT OF FLORIDA

                                   CASE NO: 15-31245-BKC-AJC
IN RE:                             CHAPTER 13
AUGUSTO J. MONTOYA
NELLIE S. MONTOYA,
             DEBTOR(S).   /
```

### ORDER CONTINUING TRUSTEE'S MOTION TO MODIFY PLAN, OR IN THE ALTERNATIVE MOTION TO DISMISS CASE (ECF #64)

This case came to be heard on April 27, 2021, upon the Trustee's Motion to Modify Plan, or in the alternative Motion to Dismiss Case (ECF #64), it is

ORDERED as follows:

1. The Trustee's Motion (ECF #64) is continued to **May 25, 2021 at 9:00AM** by TELEPHONE through CourtSolutions LLC. To participate through CourtSolutions, you must make a reservation in advance no later than 3:00 p.m., one business day before the date of the hearing. Reservations should be arranged online at https://www.court-solutions.com. If a party is unable to register online, a reservation may also be made by telephone at (917) 746-7476.

###

PREPARED BY:
NANCY K. NEIDICH, ESQUIRE, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027-9806

NANCY K. NEIDICH, ESQUIRE is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, and file a proof of such service within two (2) business days from entry of the Order.