

ORDERED in the Southern District of Florida on May 24, 2021.

A. Jay Cristol, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Augusto J. Montoya                                    Case No. 15-31245-AJC

Nellie S. Montoya,                                    Chapter 13

        Debtors.

_____ /

### AGREED ORDER GRANTING IN PART AND DENYING IN PART THE CHAPTER 13 TRUSTEE'S MOTION TO MODIFY PLAN AND MOTION TO DISMISS CASE

THIS MATTER came before the Court upon the Chapter 13 Trustee's *Motion to Modify Plan or in the Alternative Dismiss the Case* ("Motion") [ECF No. 64]. The Court having reviewed the Motion and having been advised that the parties have reached an agreement in this matter,

**ORDERS** as follows:

1.    The Trustee's Motion to Modify is **GRANTED.** The Trustee's Motion to Dismiss Case is **DENIED** without prejudice.

2.	The Debtors' Plan Base shall be increased by $5,004.37 above what is due under the Debtor's Confirmed Plan (ECF No. 43) for a total increased plan base in the amount of $25,575.17.

3.	The Debtors have already remitted to the Trustee the additional funds required for the increased plan base.

4.	The Trustee will distribute the additional $5,004.37 pro-rata to all allowed general unsecured creditors.

###

Submitted by:	Kenia Molina, Esq.
	Staff Attorney
	Chapter 13 Trustee's Office
	P.O. BOX 279806
	MIRAMAR, FL 33027
	(954) 443-4402

Copies to:

Nancy K. Neidich, Esq., Standing Chapter 13 Trustee, is directed to mail a conformed copy of this order to all interested parties and to file a Certificate of Service with the clerk of the Bankruptcy Court.